

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     BP Automotive LP d/b/a Bossier Dodge v. RLJ-McLarty_Landers
                         Automotive Group

Appellate case number:   01-12-00346-CV

Trial court case number:  10030B1

Trial court:             87th District Court of Freestone County

   Appellant moves to allow George H. Fibbe, of Yetter Coleman LLP, to withdraw as its counsel of record. *See* TEX. R. APP. P. 6.5. The motion is **granted**. Kevin J. Terrazas, also of Yetter Coleman LLP, will continue as appellant's counsel of record on appeal.

   It is so ORDERED.


Judge's signature: /s/ Sherry Radack
                   ☑ Acting individually     ☐ Acting for the Court


Date: May 7, 2013